UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-60027-CR-SMITH

UNITED STATES OF AMERICA

vs.

NICHOLAS LEPLEY,

Defendant.
_____/

**FACTUAL PROFFER**

The United States of America and Nicholas Lepley (the "Defendant") agree that had this case gone to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt:

1. On or about December 9, 2022, Nicholas Lepley, a United States citizen, arrived at the Fort Lauderdale-Hollywood International Airport on Spirit Airlines from Costa Rica. Lepley was traveling alone. United States Customs and Border Protection ("CBP") Officers referred Lepley to passport control secondary for further processing and examination of his purpose of travel. During the secondary examination, CBP Officers discovered Lepley was traveling with an iPhone 12 Pro Max, an Apple MacBook, a Sandisk thumb drive, a compact flash card that is used in a camera, a SD memory card, and an Apple iWatch. Lepley advised that he had traveled to Costa Rica for two weeks for vacation and to take photographs of nature. Lepley also stated that he was going to remain in Fort Lauderdale for a few days before returning to his residence in Ohio. Lepley provided CBP with the password for his iPhone. Lepley initially agreed to unlock his MacBook utilizing facial recognition; however, after unlocking it, he changed the password and refused to provide the password to CBP.

2.  Homeland Security Investigations (HSI) Special Agents and a Computer Forensic Analyst (CFA) were present on-scene and conducted a preliminary forensic preview of some of the seized electronics and storage devices. During the forensic review of the Sandisk thumb drive, law enforcement discovered hundreds of pictures and videos of child pornography that had been deleted but recovered by the forensic software. A large amount of the discovered videos depicted pre-pubescent females between the ages of 5 and 8 years old performing oral sex on adult males. The girls' faces and the adult males' penises are clearly visible in the videos.

3.  During the forensic review of Lepley's iPhone 12 Pro Max, which was in airplane mode, law enforcement discovered a Google Drive application with associated email address of nicklepley@gmail.com.

4.  Law enforcement interviewed Lepley. During a post-<u>Miranda</u> interview Lepley stated in sum and part the following: He is familiar with crypto currency and how to buy and sell items with cryptocurrency. He is familiar with darknet marketplaces, such as Alpha Bay. He had sex in Costa Rica with women who were about 30 years old. He was not sure if they were prostitutes. He claimed that he did not have sex with minors in Costa Rica. He was the one that purchased the Sandisk thumb drive new from Amazon and he was the only one that ever used the Sandisk thumb drive. He utilized the Sandisk thumb drive to store large files of data, including photographs that he had taken in Costa Rica.

5.  Law enforcement officers then showed Lepley some of the images that were contained on the Sandisk thumb drive. Law enforcement first showed images of a Tesla automobile, which Lepley said were pictures that he had put on the thumb drive because that was the car he was renting in Fort Lauderdale. Law enforcement then showed the recovered child pornography images that were found on the thumb drive. Lepley feigned shock and surprise that

the images were there and stated, "what the fuck is that?" Lepley stated he did not recognize the images and did not know how they got onto the Sandisk thumb drive.

6. A further preliminary forensic review of Lepley's iPhone 12 Pro Max was conducted later at the HSI Fort Lauderdale office, law enforcement discovered numerous videos and photos of child pornography including the following:

- A video which is 49 minutes and 25 seconds in length which depicts a 12–13-year-old girl who is naked, with what appears to be black colored shoelaces tied around her naked breasts. The girl uses a hairbrush to penetrate herself vaginally and anally.
- A video which is 19 seconds in length which depicts a 14-16-year-old boy and 14-16-year-old girl who are both naked inside a car. The boy is sitting on the seat and the girl is kneeling in front of the boy and performing oral sex on the boy.
- A photo which depicts a 14-16-year-old girl laying on a blue couch naked. Seen between her legs is a penis and on her stomach is what appears to be semen.
- A photo which depicts a naked male laying on the edge of a bed and a 14-16-year-old girl kneeling in front of the male, holding the male's penis with both of her hands and the penis is near her open mouth.

In total, law enforcement found ten (10) videos and 27 images depicting child pornography from the iPhone 12 Max Pro. From the Sandisk, law enforcement found 692 images and 192 videos of child pornography that were deleted.

7. The Defendant knowingly possessed the images found on his devices; these images were transported by computer and internet, which are instrumentalities of interstate commerce; production of the images involved at least one minor engaged in sexually explicit conduct; and the Defendant knew that at least one victim in the images was a minor who had not yet attained the age of twelve (12) or was prepubescent. The Defendant knew the images in question depicted minors engaged in sexually explicit conduct and the lascivious exhibition of the genitals.

8. The information contained in this proffer is not a complete recitation of all the facts and circumstances of this case, but the parties admit it is sufficient to prove beyond a reasonable doubt that a violation of Title 18, United States Code, Section 2252(a)(4)(B), as charged in the Indictment, had occurred.

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

Date: 11/13/23         By: _____
                            AJAY J. ALEXANDER
                            ASSISTANT UNITED STATES ATTORNEY

Date: 11/13/23         By: _____
                            DAVID OLSON
                            COUNSEL FOR DEFENDANT

Date: 11/13/23         By: _____
                            NICHOLAS LEPLEY
                            DEFENDANT